IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00792-RPM

KATHERINE JACKSON,

    Plaintiff,

v.

CONSUMER ADJUSTMENT COMPANY, INC., a Missouri Corporation,

    Defendant.

_____

ORDER OF DISMISSAL
_____

    Pursuant to the Stipulated Motion to Dismiss with Prejudice [12] filed August 1, 2014, it is

    ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

    DATED:  August 4th, 2014

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior District Judge